No. 11–5391.  PHAM *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–5392.  ORTEGA-URQUIDI, AKA URQUIDI-ORTEGA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5394.  PORTER *v.* LOMBARDI ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–5397.  HARRIS *v.* UPTON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 11–5399.  LUDWIG *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–5400.  WHITE *v.* MULLIN, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 11–5401.  VEGA *v.* HARDY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 11–5402.  PREVET *v.* BARONE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–5403.  MYLES *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 11–5404.  JACKSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5405.  LANE *v.* DOE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–5407.  LOPEZ *v.* TRANI, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–5409.  PREYEAR *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–5410.  PEREZ *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–5412.  BLACKWELL *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.